JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 22-02152-CJC (DFMx)                              Date:  April 14, 2023

Title: CASA APARTMENTS LP V. GUILLERMO ARCA ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Erica Bustos for Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**

On November 30, 2022, Defendant Paola Ramos removed this case from the Orange County Superior Court, (Dkt. 1), and filed a request to proceed *in forma pauperis*, (Dkt. 3).  On December 19, 2022, the Court issued an order postponing ruling on the request and ordering Defendant to provide additional information within 30 days.  (Dkt. 7.)  Defendant did not provide any additional information.  On February 27, 2023, the Court denied Defendant's request to proceed *in forma pauperis* and ordered Defendant to pay the necessary filing fees within 30 days.

Defendant has not paid the filing fee or otherwise responded to any of the Court's orders.  Accordingly, the Court hereby **REMANDS** the case to the Orange County Superior Court.

qr

MINUTES FORM 11
CIVIL-GEN                                                                 Initials of Deputy Clerk rrp